IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON ESTIVEN TORRES-CISNEROS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al. | : | NO. 26-4245 |

**ORDER**

**AND NOW**, this 22nd day of June, 2026, upon consideration of Petitioner Brandon Estiven Torres-Cisneros' Verified Petition for Writ of Habeas Corpus (Docket No. 1), **IT IS HEREBY ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the instant Petition for Writ of Habeas Corpus is pending.

**IT IS FURTHER ORDERED** that that Petitioner shall promptly forward this Order to the Office of the United States Attorney at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.