IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON ESTIVEN TORRES-CISNEROS | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL. | : | NO.  26-4245 |

## **ORDER**

    **AND NOW**, this 24th day of July, 2026, with the Government having certified its compliance with Paragraph 3 of our Order dated June 24, 2026 (see Docket Nos. 5, 6), **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.